AO 109 (2/90) Seizure Warrant

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

08 MAY 29 PM 3:06

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

**WELLS FARGO BANK**
Account: 3572585739
The Funds on Deposit up to
$5,000.00

## SEIZURE WARRANT

CASE NUMBER: **'08 MJ 0514**

TO: __Lisa M. Tracy, U.S. ICE,__ and any Authorized Officer of the United States:

Affidavit having been made before me by SSA Lisa M. Tracy, who has reason to believe that, due to a violation in the Southern District of California, there is now certain property which is subject to forfeiture to the United States, namely:

> THE FUNDS ON DEPOSIT, Limited to $5,000.00 from WELLS FARGO BANK
> Account: 3572585739

which property is traceable to personal check number #1004, dated November 10, 2007, written for the amount of $5,000.00, drawn on WELLS FARGO BANK. Bank account number: 3572585739, which was transported into the United States, in bearer form, which transportation was not reported, in violation of Title 31 United States Code, Section 5316 and 5332. The United States Government seeks forfeiture of the funds traceable to personal check number #1004, pursuant to Title 31, United States Code, Section 5317. The
The facts to support a finding of Probable Cause are as follows:

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the property so described is subject to forfeiture and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure in the daytime - 6:00 a.m. to 10:00 p.m., leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the United States Magistrate Judge, as required by law.

__2/21/08__ at __San Diego, California__
Date                         City and State

Honorable __WILLIAM MCCURINE, JR.__

__United States Magistrate Judge__                    __[signature]__
Name & Title of Judicial Officer                        Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 02/21/2008 | 02/22/2008 11:29am | Roger Whiting, Vice President, Branch Manager |

INVENTORY MADE IN THE PRESENCE OF
Roger Whitty

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Wells Fargo and Company Issuer Official Check # 0010702790 in the amount of $1,598.21

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*Lisa M. Tracy*

Subscribed, sworn to, and returned before me this date.

U.S. Judge or ~~Magistrate~~     Date 5/29/08

